IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| CHRIS SCHERTZ, | : | Civil Action No. 4:11-cv-00545 |
| Plaintiff, | : | |
| vs. | : | |
| LHR, INC. | : | |
| Defendant. | : | |

Plaintiff Chris Schertz, by his attorney Ray Johnson, hereby notifies that Court the above-captioned case has been settled.

Respectfully submitted,

_____
RAY JOHNSON
AT0004019
Johnson Law Firm
950 Office Park Road, Suite 335
West Des Moines, Iowa 50265
Phone: (515) 224-7090
Fax:  (515) 222-2656
Johnsonlaw29@aol.com